Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

# U. S. DISTRICT COURT

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 3:25-CR-254-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs DAMONTY DAVID LEE BROWN

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. § 371; 18 U.S.C. § 2114(a); and 18 U.S.C. § 2

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )