# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:25-CR-254 |
| ) | |
| v. ) | |
| ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| DAMONTY DAVID LEE BROWN ) | |
| PID# 516823 ) | |
| ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshals, Western District of North Carolina,
TO: Chief Jail, Mecklenburg County Jail, 700 E 4th St., Charlotte, NC

**IT IS ORDERED** that you have the body of Damonty David Lee Brown PID# 516823, B/M, 11/3/2000, detained in your facility, under safe and secure conduct, brought before the Honorable Susan C. Rodriguez, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before __10/8/2025__ at __10:15 am__, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

**SO ORDERED.**

Signed: September 19, 2025

Susan C. Rodriguez
United States Magistrate Judge