FILED
Charlotte
Oct 8 2025
U.S. District Court
Western District of N.C.

Received
U.S. Marshals Service
Charlotte, NC
3:23 pm, Sep 18 2025

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>DAMONTY DAVID LEE BROWN<br>*Defendant* | ) FID 11863420<br>)<br>) Case No. 3:25-CR-254-MOC<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAMONTY DAVID LEE BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2114(a) - Conspiracy to Assault and Rob a Mail Carrier

Date: 9/18/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9/18/25, and the person was arrested on *(date)* 10/8/25
at *(city and state)* Charlotte, NC.

Date: 10/8/25

*Arresting officer's signature*

Addison Friedman, DUSM
*Printed name and title*